NEW YORK PLUMBERS SPECIALTIES CO., INC., v. 52 WEST BROADWAY CORPORATION.— Motion granted, and the motion to dismiss appeal taken by plaintiff from an order entered on December 8, 1930, granted, with ten dollars costs, unless

appeal [appellant] procure the record on appeal and appellant's points to be filed on or before August 25, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.